# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARCHBISHOP BERNADINE TURNER
AND ARCHBISHOP JOCITA
WILLIAMS

NO.   2021 CW 0812

VERSUS

KLIEMAR, LLC

**July 26, 2021**

---

In Re:   Archbishop Bernadine Turner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 704972.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT